IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN GASCON,

    Plaintiff,

  v.

KAISER PERMANENTE,

    Defendant.

No. C 19-05412 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing the complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE